UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

ROSE ANN DAVIDSON,
as Administratrix of the Estate of
BRANDEN LOORI,

          Plaintiff,

     v.                                                Civil Action Number
                                                      24-CV-1522 (GTS/ML)

PRIMECARE MEDICAL OF NEW YORK, INC.,
PRIMECARE MEDICAL, INC., COUNTY OF
BROOME, SCOTLYNNE RIEDER,
ROBIN BOERST, JEN MROZ,
JAMIE POTTER, NAOMI BRIGNOLLE, and
MAHMOOD AHMEED,

          Defendant.
_____

**ORDER AUTHORIZING COMPROMISE OF WRONGFUL DEATH AND CIVIL RIGHTS ACTION**

Upon reviewing the Plaintiff's Motion for approval of the settlement in this wrongful death and civil rights action, and good and sufficient cause being shown to allow the Administratrix of the Estate of Brandon Loori to compromise this action in the best interest of the Estate, the Settlement is hereby approved by the Court.

IT IS HEREBY ORDERED that Rose Ann Davidson, as Administrator of the Estate of Terrance Duncan, is authorized to accept the sum of $ 210,000 in settlement for personal injuries sustained by Decedent Brandon Loori in this action. The settlement of this action is with Defendants PrimeCare Medical and PrimeCare Medical of New York, only. The Administrator is further authorized to execute and deliver to Defendants PrimeCare Medical and PrimeCare Medical of New York a Release, in the form previously submitted to the Court in support of the

1

Motion to approve this settlement, for all claims asserted, or that could have been asserted, in this litigation against these Defendants.

IT IS FURTHER ORDERED that the application of the Plaintiff's counsel for the reimbursement of attorneys' fees and expenses is granted. Plaintiff's counsel is hereby awarded $ 1,891.65 in reimbursement for litigation expenses, and $ 50,000.00 in attorneys' fees, pursuant to the terms of the Estate's retainer agreement with counsel. Plaintiff's counsel shall not seek any further attorneys' fees for work concluding the administration of decedent Brandon Loori's estate. Plaintiff's counsel shall continue to serve as attorney for the Estate until the entry of the final decree in the Broome County Surrogate's Court.  The remaining share of the settlement, $ 158,108.35, shall be paid to the Estate of Brandon Loori, the distribution of which is hereby referred to the Broome County Surrogate's Court for disposition.  The sum of $ 150,000.00 of the net settlement shall be paid by the Defendants or their insurers into a structured settlement for the benefit of Roman Loori, Branden Loori's son.  The entire sum of the Attorneys' fees approved by the Court, $ 50,000.00, shall be paid by the Defendants or their insurers into a structured settlement relative to attorneys' fees for the Plaintiff's counsel.

Both structured settlements, and all remaining monetary payments under the Settlement, will be paid by the Defendants or their insurer within 60 days of the entry of a decree by the Broome County Surrogate's Court directing the funding of these structured settlements.  The Defendants and/or their insurers will be provided with details of the desired structured settlements prior to the filing of the proposed decree with the Broome County Surrogate's Court.  The Defendants and/or their insurers will be provided the opportunity to review the proposed decree prior to its filing with the Broome County Surrogate's Court, and Plaintiff and her attorney will provide an executed Settlement Agreement and Release and Qualified Assignment and Release to

be prepared by, or on behalf of, the Defendants and/or their Insurer, outlining the terms of the structured settlement and the desired structured settlement payments. The sums ordered for reimbursement of litigation expenses shall not be paid to the Plaintiff's counsel until after the issuance of a decree by the Broome County Surrogate's Court.

No additional monies will be paid from the settlement absent further order of the Broome County Surrogate's Court.

The Court retains jurisdiction over this matter to enforce the settlement.

IT IS SO ORDERED:

Dated: 12/5/2025

Glenn T. Suddaby
U.S. District Judge